# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2016

*The Court of Appeals hereby passes the following order:*

## A16D0196.  NEIL LYNN MOORE v. THE STATE.

Neil Lynn Moore seeks discretionary review of the trial court's October 16, 2015, order denying his motion to modify/reduce sentence.  We lack jurisdiction because the application is untimely.

When a party applies for discretionary review of a directly appealable order – such as one denying a timely motion for sentence modification – we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); *Hill v State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because Moore filed his application 59 days after entry of the trial court's order,[1] it is untimely.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.

---

[1] Moore attempted to file his application earlier, but the Court was unable to accept the filing since it did not include a certificate of service. See Court of Appeals Rule 6 (any document without a certificate of service shall not be accepted for filing).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____01/06/2016_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*